**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
FERRY JUSUF and MAXIMINO PALMA, on
behalf of themselves, the FLSA Collective
Plaintiffs, and the Class,

       Plaintiff(s),

 -against-

GOURMET TECH CORP. d/b/a MARCHE
MADISON, MADISON GOURMET, LTD. d/b/a
MARCHE MADISON, and KYUNG HO KIM,

       Defendants.
-----------------------------------------------------------------x
GOURMET TECH CORP. d/b/a MARCHE
MADISON, MADISON GOURMET, LTD. d/b/a
MARCHE MADISON, and KYUNG HO KIM,

       Third-Party Plaintiffs,

 -against-

JEFFREY JUNHO KIM,

       Third-Party Defendant.
-----------------------------------------------------------------x

Case No.: 1:25-cv-05700-AS

**[PROPOSED]**

**RULE 68 JUDGMENT**

  **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants GOURMET TECH CORP. d/b/a MARCHE MADISON, MADISON GOURMET, LTD. d/b/a MARCHE MADISON, and KYUNG HO KIM (collectively, "Defendants"), having offered to allow Plaintiffs FERRY JUSUF and MAXIMINO PALMA (collectively, "Plaintiffs") to take a judgment against them, in the sum of Ninety Thousand Dollars and No Cents ($90,000.00), with respect to Plaintiffs' claims for relief, damages, fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer, dated December 31, 2025, and filed as **Exhibit A** to Docket Number 28;

**WHEREAS**, on January 6, 2026, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (ECF Dkt. No.: 28); and

It is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiffs FERRY JUSUF and MAXIMINO PALMA, in the sum of Ninety Thousand Dollars and No Cents ($90,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer, dated December 31, 2025, and filed as **Exhibit A** to Docket Number 28.

The Clerk of Court is respectfully requested to close this case.

Dated: January 7, 2026
New York, New York

_____
Hon. Arun Subramanian
United States District Judge